AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM A. DITTMANN,

    Plaintiff

v.     **Civil Action No.**  2:16cv16

ACS HUMAN SERVICES, *termed 09/26/2016,*
XEROX CORPORATION, *termed 05/05/2016,*
QUEST DIAGNOSTICS INC,
XEROX BUSINESS SERVICES LLC**,** *termed 09/26/2016,*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other:   Case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Motion to Dismiss by Defendant.

DATE:  March 2, 2017                          ROBERT N. TRGOVICH, CLERK OF COURT

                                                      By:  s/  L. Higgins-Conrad
                                                          *Signature of Deputy Clerk*